249 F.2d 316
 F. B. DICKINSON & CO., a Co-partnership, et al., Appellants,
v.
UNITED STATES of America.
 No. 15808.
 United States Court of Appeals Eighth Circuit.
 Sept. 16, 1957.
 
 Peter W. Janss and John H. Neiman, Des Moines, Iowa, for appellants.
 Roy L. Stephenson, U.S. Atty., Robert J. Spayde, and John C. Stevens, Asst. U.S. Attys., Des Moines, Iowa, for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on dismissal of appeal filed by counsel for appellants. D.C., 147 F.Supp. 707.